# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AYOBAMIDELE AKINYODE,**<br><br>　　**Plaintiff,**<br><br>　　　　v.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>　　**Defendants.** | Civil Action No. 21-110 (JDB) |

## ORDER

Upon consideration of [4] defendants' Motion to Transfer & Dismiss, and the entire record herein, it is hereby

**ORDERED** that defendants' Motion to Transfer is **GRANTED**; it is further

**ORDERED** that the Clerk of Court shall transfer this action to the United States District Court for the District of New Jersey; and it is further

**ORDERED** that defendants' Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: July 16, 2021